1  Harold McDougall IV (CA SBN 234972)
   Godwin LLP
2  12021 Wilshire Blvd. #538
3  Los Angeles, CA 90025
   Tel: (424) 704-5647
4  Email: hmcdougall@godwinllp.com

5  Attorneys for Plaintiff
   CAUSE&FX LIMITED
6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11  CAUSE&FX LIMITED a New Zealand Limited Company, | **CASE NO.** |
|---|---|
| 12 | |
| 13           Plaintiff, | **COMPLAINT FOR INFRINGEMENT OF COPYRIGHT, CONTRIBUTORY INFRINGMENT OF COPYRIGHT, AND VICARIOUS INFRINGEMENT OF COPYRIGHT UNDER THE COPYRIGHT ACT §17 U.S.C. §101 et seq.** |
| 14  vs. | |
| 15  SABAN FILMS LLC, a California Limited Liability Company, and DOES 1 through 10, inclusive, | |
| 16 | |
| 17 | |
| 18           Defendants. | |
| 19 | **DEMAND FOR A JURY TRIAL** |

COMPLAINT

Plaintiff Cause&FX Limited ("Cause&FX" or "Plaintiff"), by and through its undersigned attorneys, submits this Complaint against defendant Saban Films LLC ("Defendant"), and in support thereof, avers as follows:

## INTRODUCTION

1. This is a civil action arising out of Defendants' distribution of Plaintiff's copyrights in and to visual effects ("VFX") materials (collectively, the "Copyrights") contained in the motion picture *Occupation: Rainfall* (the "Picture").

2. In particular, Defendant has acted willfully and with reckless disregard with respect to the ownership of the Copyrights in the Picture in distributing the Picture, and refused to account to Plaintiff for royalties relating to and arising from the exploitation of the copyright to the Copyrights, ignoring Plaintiff's demand therefore.

3. Plaintiff entered into a contract with Green Smoke Digital PTY LTD ("Green Smoke"), dated as of April 6, 2020 (the "Contract") to provide visual effects services for the Picture.

4. Green Smoke induced Plaintiff to enter into the Contract based on the promise of receiving Qualifying Australian Production Expenditure rebate funds which were never delivered.

5. The Contract contains a retainer of copyright clause whereby Plaintiff remains the sole owner of the Copyrights.

6. The Contract terminated without any transfer or license of Plaintiff's Copyrights.

7. Defendant was notified multiple times that the Picture contains Plaintiff's Copyrights, and Defendant nonetheless proceeded to distribute the Picture knowing it contained Plaintiff's Copyrights.

8. Defendant has violated 17 U.S.C. §101 et seq. (collectively, the "Copyright Act") and has been unjustly enriched at the expense of Plaintiff, and has caused Plaintiff extensive and irreparable harm, including but not limited to, loss of revenue and attorney's fees.

9. Among other things, this action seeks compensation for Defendants' unauthorized, willful infringement of Plaintiff's Copyrights.

## JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff asserts causes of action arising under federal law.

11. This Court has personal jurisdiction over Defendant because Defendant directly or through its intermediaries (including distributors, retailers, exhibitors and others) has attempted to exploit Plaintiff's Copyrights in the United States, and this district, including but not limited to as part of the theatrical and online release of the Picture, without acknowledging Plaintiff's ownership of the Copyrights. Each of the Defendants has purposefully and voluntarily placed the Picture into the stream of commerce with the expectation that it will be purchased in this district.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions which gave rise to the claim occurred in this district. *Allstar Marketing Group, LLC v. Your Store Online*, LLC, 666 F. Supp. 2d 1109, 1128 (C.D. Cal. 2009). Alternatively, venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(3).

## PARTIES

13. Plaintiff Cause&FX is a Limited Company organized in New Zealand.

14. Defendant Saban Films LLC ("Defendant") is a California limited liability company.

15. Plaintiff is ignorant of the true names and capacities of defendants sued herein as Does 1- 10, inclusive, and therefore sued these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants is responsible in some manner for the occurrences

herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the aforementioned defendants.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement under the Copyright Act)

16. Plaintiff incorporates the allegations contained in the foregoing paragraphs as though fully set forth herein in their entirety.

17. Plaintiff is the sole owner of valid copyrights in and to Copyrights.

18. Defendant has copied Plaintiff's copyrights without obtaining a license or obtaining Plaintiff's consent.

19. Defendant has unlawfully appropriated Plaintiff's Copyrights by including the Copyrights in the Picture distributed by Defendant, after receiving notice from Plaintiff that no license to use the Copyrights was granted and that Plaintiff did not authorize the use of the Copyrights in the Picture.

20. By distributing the Copyrights in the Picture without obtaining a license or authorization from Plaintiff, Defendant violated Plaintiff's exclusive rights as the copyright owner under the Copyright Act.

21. Having been notified that no license to use the Copyrights was granted and that Plaintiff did not authorize the use of the Copyrights in the Picture, Defendant knows its actions constitute an infringement.

22. Having been notified that no license to use the Copyrights was granted and that Plaintiff did not authorize the use of the Copyrights in the Picture, Defendant acted with reckless disregard and willful blindness to Plaintiff's (the copyright holder's) rights.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement under the Copyright Act)

23. Plaintiff incorporates the allegations contained in the foregoing paragraphs as though fully set forth herein in their entirety.

24. By including the Copyrights in the Picture without a license or Plaintiff's authorization, the producers of the Picture directly infringed the Plaintiff's Copyrights.

25. Defendant knew that the producers of the Picture directly infringed the Plaintiff's Copyrights.

26. As the Picture's distributor, Defendant materially contributed to and/or induced the infringement by the producers of the Picture.

## THIRD CLAIM FOR RELIEF

### (Vicarious Copyright Infringement under the Copyright Act)

27. Plaintiff incorporates the allegations contained in the foregoing paragraphs as though fully set forth herein in their entirety.

28. As the distributor of the Picture, Defendant has the right and ability to supervise the infringing activity described herein above.

29. As the distributor of the Picture, Defendant has a direct financial interest in such activities.

## PRAYER

Wherefore, Plaintiff Cause&FX prays for judgment against Defendants as follows:

1. For an award of damages for infringement under the Copyright Act;
2. For an award of damages for willful infringement under the Copyright Act;
3. For an injunction to prevent Defendant's future infringement of the Copyrights;
4. For restitution of Defendants' ill-gotten gains;
5. For costs and attorneys' fees consistent with the Copyright Act (17 U.S.C. § 505); and
6. Any other relief the Court may deem appropriate.

////

////

////

////

1  DATED: June 11, 2021                    GODWIN LLP

2
3
4
5                                          By:   /s/ Harold McDougall IV
                                                 Harold McDougall IV
6                                                Attorneys for Plaintiff
7                                                CAUSE&FX LIMITED

**COMPLAINT**

# **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury.

DATED: June 11, 2021            GODWIN LLP


                                By:   */s/ Harold McDougall IV*
                                      Harold McDougall IV
                                      Attorneys for Plaintiff
                                      CAUSE&FX LIMITED