VINCENT L. RAVINE (State Bar No. 206432)
KYLE RAMBEAU (State Bar No. 278549)
17879 Ridgeway Rd.
Granada Hills, CA 91344
Telephone:  818 600 8111
Facsimile:   818 600 8071
Attorneys for Defendants Saban Films LLC, and Apple Inc

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUSE&FX LIMITED, a New Zealand Limited Company<br><br>Plaintiff,<br>v.<br><br>SABAN FILMS LLC, a Delaware Limited Liability Company; and APPLE INC., a California Corporation<br><br>Defendants | Case No.: 2:21-cv-04798-MWF-PLA<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted as modified.**

**IT IS HEREBY ORDERED:**

Dated: March 25, 2022

_____
Hon. Paul L. Abrams
United States Chief Magistrate Judge